IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ALVIN EVERETT COLE**                                                     **PLAINTIFF**

**v.**                  **CASE NO. 3:15-CV-178 JLH/BD**

**MISSISSIPPI COUNTY**
**DETENTION CENTER, et al.**                                      **DEFENDANTS**

## ORDER

On June 22, 2015, Plaintiff Alvin Everett Cole, then an inmate at the Mississippi County Detention Center, filed this lawsuit pro se under 42 U.S.C. § 1983, and moved for leave to proceed *in forma pauperis* ("IFP"). (Docket entries #1, #2) His IFP application, however, did not include necessary prisoner account information. On July 1, 2015, the Court ordered Cole to file a complete IFP application or to pay the $400 filing fee within thirty days. (#3)

On July 2, 2015, an order addressed to Cole was returned to the court as undeliverable. (#4) Cole was ordered to provide notice of his new address. (#5) That order was also returned to the court as undeliverable, with a notation that Cole had been released from the Detention Center. (#6)

To date, Cole has not filed a complete IFP application or paid the filing fee. The time allowed for addressing the filing fee has passed. Furthermore, Cole has failed to notify the Court of his current address. He was warned that failure to comply with Court orders would result in the dismissal of his claims. (#3, #5)

Cole has failed to prosecute his case. Accordingly, his claims are dismissed, without prejudice, under Local Rule 5.5(c)(2). The Clerk is directed to close this case.

IT IS SO ORDERED this 18th day of August, 2015.

                                         *J. Leon Holmes*
                                         UNITED STATES DISTRICT JUDGE